# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Jose Gonzales
1212 E. Harrison St. Ste.250
Harlingen TX 78550

United States District Court
Southern District of Texas
FILED

FEB 07 2011

Case: 4:06-cr-00089   Instrument: 530   (2 pages)   aty
Date: Jan 28, 2011
Control: 110114045
Notice: The attached order has been entered.

David J. Bradley, Clerk of Court

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE $00.440 01/28/2011

United States Courts
Southern District of Texas
FEB -7 2011

NIXIE    782 DE 1    00 02/05/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    *1433-00787-28-40